UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| BRIAN BELTRAN AND KARRAH BELTRAN | § § § |  |
|---|---|---|
| Plaintiffs | § § |  |
| v. |  § § § | CIVIL ACTION NO.   SA-15-CA-00503-HJB |
| THE UNITED STATES OF AMERICA, | § § |  |
| Defendant. | § |  |

## DEFENDANT'S AMENDED LIST OF EXHIBITS

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| G-1 | SF-95 submitted by Brian Beltran | | |
| G-2 | SF-95 submitted by Karrah Beltran | | |
| G-3 | Photos of U.S. Postal Inspector's government vehicle taken on or shortly after the accident | | |
| G-4 | Brian Beltran's medical records – Airrosti Rehab Center | | |
| G-5 | Brian Beltran's medical records –Alamo Neurosurgical Institute | | |
| G-6 | Brian Beltran's medical records –Breg Biomet | | |
| G-7 | Brian Beltran's medical records –Dennis R. Gutzman, M.D. | | |
| G-8 | Brian Beltran's medical records –Dr. Perretta | | |
| G-9 | Brian Beltran's medical records –Family Clinics of San Antonio | | |
| G-10 | Brian Beltran's medical records –Foundation Surgical Hospital of San Antonio | | |
| G-11 | Brian Beltran's medical records –Integrity Pain Management | | |
| G-12 | Brian Beltran's billing records–Integrity Pain Management | | |
| G-13 | Brian Beltran's medical records –Lawrence Lenderman, M.D. | | |
| G-14 | Brian Beltran's medical records –Leon Springs Family Practice | | |
| G-15 | Brian Beltran's medical records –National Neuromonitoring Consultants | | |
| G-16 | Brian Beltran's medical records – North Central Baptist Hospital | | |
| G-17 | Brian Beltran's billing records –North Central Baptist Hospital | | |
| G-18 | Brian Beltran's radiology records –North Central Baptist | | |

| | | | |
|---|---|---|---|
| | Hospital | | |
| G-19 | Brian Beltran's medical records –Northeast Baptist Hospital | | |
| G-20 | Brian Beltran's billing records –Northeast Baptist Hospital | | |
| G-21 | Brian Beltran's records –Premier Medical Imaging-medical, billing and radiology | | |
| G-22 | Brian Beltran's medical records –River City Chiropractic | | |
| G-23 | Brian Beltran's medical records –San Antonio Diagnostic Imaging | | |
| G-24 | Brian Beltran's medical records –Select Neuromonitoring Consultants, Inc. | | |
| G-25 | Brian Beltran's medical records –Star Anesthesia | | |
| G-26 | Karrah Beltran's medical records – Leon Springs Family Practice | | |
| G-27 | Karrah Beltran's medical records –North Central Baptist Hospital | | |
| G-28 | Karrah Beltran's radiology records –North Central Baptist | | |
| G-29 | Karrah Beltran's medical records –River City Chiropratic | | |
| G-30 | Animesh Agarwal, M.D. - CV | | |
| G-31 | Animesh Agarwal, M.D. – Report with reference | | |
| G-31a | J Neuroimaging. 1991 Feb; 1(1):2-7 Magnetic resonance imaging of the lumbar spine in asymptomatic adults. Cooperative study—American Society of Neuroimaging | | |
| G-31b | Radiology. 1998 Dec; 209(3):61-6.   MR imaging of the lumbar spine: prevalence of intervertebral disk extrusion and sequestration, nerve root compression, end plate abnormalities, and osteoarthritis of the facet joints in asymptomatic volunteers. | | |
| G-31c | Spine J. 2006 Nov-Dec;6(6):624-35.   Epub 2006 Oct 11. Are first-time episodes of serious LBP associated with new MRI findings. | | |
| G-31d | S..D. Boden et al., Abnormal Magnetic Resonance Scans of the Lumbar Spine in Asymptomatic Subjects. A Prospective Investigation, J. Bone Joint Surg, 72-A, No. 8 , Sept 1990, 1178-1184; | | |
| G-31e | M.C. Jensen, et al., Magnetic Resonance Imaging To The Lumbar Spine In People Without Back Pain, 331 The New England Journal of Medicine, 69-73 (1994). | | |
| G-31f | M. Matsumoto et al., MRI of cervical intervertebral discs in asymptomatic subjects, J. Bone Joint Surg {Br} 1998; 80-B:19-24; | | |
| G-31g | M. Matsumoto et al., Tandem age-related lumbar and cervical vertebral disc changes in asymptomatic subjects, Eur Spine J (2013) 22:708-713 | | |
| F-31h | E. Okada et al. Aging of the Cervical Spine in Healthy Volunteers, Spine, Vol. 34, No. 7, pp. 706-712 (2009) | | |
| G-32 | Animesh Agarwal, M.D. – Report of IME | | |
| G-33 | Animesh Agarwal, M.D. – Deposition with exhibits | | |

| | | | |
|---|---|---|---|
| G-34 | Brad Coffey - CV | | |
| G-35 | Brad Coffey –Vocational Initial Evaluation 4/21/2016 | | |
| G-36 | Brad Coffey –Vocational Evaluation – Supplemental 9/7/2016 | | |
| G-37 | Brad Coffey – Deposition with exhibits | | |
| G-38 | William Edmonds CV | | |
| G-39 | William Edmonds - Report | | |
| G-40 | William Edmonds – Supplemental Report | | |
| G-41 | Williams Edmonds –Deposition with exhibits | | |
| G-41a | Depo Ex. 1 - Court and Deposition Appearances Last 4 years | | |
| G-41b | Depo Ex. 2 - Crash Fact –Edmonds Bio | | |
| G-41c | Depo Ex. 3 - Crash Facts Fee Schedule | | |
| G-41d | Depo Ex. 5 – Crash Facts Statement dated 7/8/2016 | | |
| G-42 | Jason Droll, Ph.D. - CV | | |
| G-43 | Jason Droll, Ph.D - Report | | |
| G-44 | Jason Droll, Ph.D. –Deposition with Exhibits | | |
| G-45 | William Rogers, Ph.D. - CV | | |
| G-46 | Williams Rogers, Ph.D. - Report | | |
| | **EXHBIITS WHICH MAY BE USED** | | |
| G-47 | Deposition with Exhibits of Everett Dillman | | |
| G-47a | Depo Ex. 1- Dillman CV | | |
| G-47b | Depo Ex. 2 – Economic Evaluation of Damges of Brian Beltran date January 24, 2016 | | |
| G-47c | Depo Ex. 3– Economic Evaluation of Damges of Brian Beltran date January 20, 2016 | | |
| G-48 | Deposition with Exhibits of Dennis Gutzman.M.D. | | |
| G-48a | Depo Ex. 1 – Affidavit-Billing records | | |
| G-48b | Depo Ex. 2 – Brian Beltran medical record (107 pages) | | |
| G-48c | Depo Ex. 3 – Gutzman TMB website printout (5 pages) | | |
| G-48d | Depo Ex. 4 – Flowers v. Vianna Risa Dvaila-Lexis printout (4 pages) | | |
| G-48e | Depo Ex. 5 – Derusse v. Waste Management of Texas and Alejandro Salazar – Lexis printout (4 pages) | | |
| G-48f | Depo Ex. 6 – Tyrrell v. Martinez – Lexis printout (2 pages) | | |
| G-48g | Depo Ex. 7 – Andrade v. Morris – Lexis printout (2 pages) | | |
| G-48h | Depo Ex. 8 – Clattenburg and Gonzales v. Jocz, Lexis printout (1 page) | | |
| G-48i | Depo Ex. 9 – Coronado v. Old School Services LLC and Patrick – Lexis printout (4 pages) | | |
| G-48j | Depo Ex. 10 – Rivera, et al. v. Furniture Row, et al. – Lexis printout (4 pages) | | |
| G-48k | Depo Ex. 11 – McGaffigan, et a. v. Mora, et al. – Lexis printout (154 pages) | | |
| G-49 | Deposition with Exhibits of Michael Leonard, M.D. | | |
| G-49a | Depo Ex. 1 – Illustration – Fractures and Dislocations of the Cervical Spine | | |
| G-49b | Depo Ex. 2- Illustration – Fractures and Dislocations of the | | |

| | | | |
|---|---|---|---|
| | Cervical Spine (13.41(2) | | |
| G-49c | Depo Ex. 3 – Illustration – Medical Evaluation of Orthopedic Disability | | |
| G-49d | Depo Ex. 4 – Brian Beltran medical record (5 pages) | | |
| G-49e | Depo Ex. 5 – Brian Beltran medical record (4 pages) | | |
| G-49f | Depo Ex. 6 – Brian Beltran medical record date May 21, 2014 (return to light duty) | | |
| G-49g | Depo Ex. 7 – Brian Beltran medical record (4 pages) | | |
| G-49h | Depo Ex. 8 – Brian Beltran medical record from Foundation Surgical Hospital (3 pages) | | |
| G-49i | Depo Ex. 9 – Brian Beltran medical record (4 pages) | | |
| G-49j | Depo Ex. 10 - Brian Beltran medical record (6 pages) | | |
| G-49k | Depo Ex. 11 - Brian Beltran medical record (5 pages) | | |
| G-49l | Depo Ex. 12 - Brian Beltran medical record (5 pages) | | |
| G-49m | Depo Ex. 13 - Brian Beltran medical record (2 pages) – Premier Medical Imaging Final Report 10-8-2014 | | |
| G-49n | Depo Ex. 14 - Brian Beltran medical record (2 pages) – Radiology Report 12/29/2014 | | |
| G-50 | Deposition with Exhibits of Viola Lopez | | |
| G-50a | Depo Ex. 1 – Evaluation Sheet | | |
| G-50b | Depo Ex. 2 – Vocational testing | | |
| G-50c | Depo Ex. 3 – Report of Partial Assessment | | |
| G-50d | Depo Ex. 4 – Results of Career Assessment | | |
| G-50e | Depo Ex. 5 – Medical & Therapy records | | |
| G-50f | Depo Ex. 6 - Summaries | | |
| G-50g | Depo Ex. 7 – Tax returns | | |
| G-50h | Depo Ex. 8 – Compensation report from Rigzone | | |
| G-50i | Depo Ex. 9 – Job searches | | |
| G-50j | Depo Ex. 10 – O'Net report | | |
| G-50k | Depo Ex. 11 – DOT Occupation matches | | |
| G-50l | Depo Ex. 12 – O'Net Report | | |
| G-51 | Deposition with Exhibits of Michael Martinez | | |
| G-51a | Depo Ex. 1 – Police Report | | |
| G-51b | Depo Ex. 2 – Motor Vehicle Accident Report | | |
| G-51c | Depo Ex. 3 – Accident Investigation Worksheet | | |
| G-51d | Depo Ex. 4 - File | | |
| G-52 | Deposition with Exhibits of Stephen Offenburger | | |
| G-52a | Depo Ex. 1 – Brian Beltran - Airrosti medical records (30 pages) | | |
| G-52b | Depo Ex. 2 – Brian Beltran – medical record – Final Report 9/4/2013– Premier Medical Imaging (2 pages) | | |
| G-52c | Depo Ex. 3 - Brian Beltran – medical record – Final Report dates 9/4/2014– Premier Medical Imaging (2 pages) | | |
| G-52d | Depo Ex. 4 – 7/2013 Calendar page | | |
| G-52e | Depo Ex. 5 – 8/2013 Calendar page | | |
| G-52f | Depo Ex. 6 - - Airrosti Home Page (6 pages) | | |
| G-52g | Depo Ex. 7 – Airrosti web page re: back pain (5 pages) | | |

| | | | |
|---|---|---|---|
| G-53 | Deposition of Carrie Officer (no exhibits) | | |
| G-54 | Deposition with Exhibits of Marc Melkie | | |
| G-54a | Brian Beltran medical records (Premier Imaging & Airrosti) | | |
| G-55 | Deposition with Exhibits of Michael Reyes | | |
| G-55a | Depo Ex. 1- SAE Vehicle Crash Mechanics | | |
| G-55b | Depo Ex. 2 – Reyes Report | | |
| G-55c | Depo Ex. 3 – Photographs on Board | | |
| G-55d | Depo Ex. 4 – Note: Full Braking | | |
| G-55e | Depo Ex. 5 – 2/5/26 Reyes Notes: | | |
| G-55f | Depo Ex. 6 – IH 35 NB Hillcrest-1040 Feet | | |
| G-55g | Depo Ex. 7 – Case Binder | | |
| G-56 | Deposition with Exhibits of Brian Beltran | | |
| G-56a | Depo Ex.1 – Police Report | | |
| G-56b | Depo Ex. 2 – Claim for Damage, Injury or Death Form | | |
| G-56c | Depo Ex. 3 – Claim for Damage, Injury or Death Form | | |
| G-56d | Depo Ex. 4 – Claim for Damage, Injury or Death Form | | |
| G-56e | Depo Ex. 5 – Baptist Health System Statement | | |
| G-56f | Depo Ex. 6 – 12/20/13 Office note – Dr. Gutzman | | |
| G-56g | Depo Ex. 7 – 4/7/14, 6/18/14 and 5/14/15 Letter from Dr. Gutzman | | |
| G-56h | Depo Ex. 9 – 5/27/15 and 7/8/15 Letters by Dr. Gutzman | | |
| G-56i | Depo Ex. 10 – Integrity Pain Management | | |
| G-56j | Depo Ex. 11 – Statement of Account | | |
| G-56k | Depo Ex. 12 – Alamo Neurosurgical Institute | | |
| G-56l | Depo Ex. 13 – Alamo Neurosurgical Institute Account Inquiry | | |
| G-56m | Depo Ex. 14 – San Antonio Diagnostic Imaging Studies | | |
| G-56n | Depo Ex. 15 - Billing | | |
| G-56o | Depo Ex. 16 – Dr. Gutzman's bill | | |
| G-56p | Depo Ex. 17 – Color Xerox Photos | | |
| G-57 | Deposition with Exhibits of Karrah Beltran | | |
| G-57a | Depo Ex. 1 - River City Chiropractic Initial Evaluation | | |
| G-57b | Depo Ex. 2 - River City Chiropractic Bill | | |
| G-57c | Depo Ex. 2 - River City Chiropractic Final Evaluation | | |
| G-58 | Deposition with of Kathryn Lara | | |
| G-59 | Deposition of Officer Arturo Perez with attachments | | |
| G-59a | Depo Ex. 1 – Texas Peace Officer's Crash Report | | |
| G-59b | Depo Ex. 2 - Photographs | | |
| G-59c | Depo Ex. 3 – Feet traveled in one second | | |
| G-59d | Depo Ex. 4 – Approximate Stopping Distance | | |
| G-60 | Plaintiff, Brian Beltran's Answers and Objections to Defendant, United States of America's First Set of Interrogatories | | |
| G-61 | Plaintiff, Karrah Beltran's Answers and Objections to Defendant, United States of America's First Set of Interrogatories | | |
| G-62 | Plaintiff, Brian Beltran's Responses and Objections to | | |

| | | | |
|---|---|---|---|
| | Defendant, United States of America's Request for Production with exhibits | | |
| G-63 | Plaintiff, Karrah Beltran's Responses and Objections to Defendant, United States of America's Request for Production with exhibits | | |
| G-64 | Defendant's Answers to Plaintiff's Request for Admissions | | |
| G-65 | Defendant's Answers to Plaintiff's Interrogatories | | |
| G-66 | Defendant's Responses to Plaintiff's Request for Production with attachments | | |
| G-66a | Texas Peace Officer's Crash Report (Form CR3-3 1/1/2010) | | |
| G-66b | Ps Form 1700 | | |
| G-66c | Standard Form 91 | | |
| G-66d | Photos of damages to vehicle driven by Kathryn D. Lara | | |
| G-67 | Defendant's Supplemental Responses to Plaintiff's Request for Production with attachments | | |
| G-67a | PS Form 1769/301 Accident Report | | |
| G-68 | Defendant's 2nd Supplemental Responses to Plaintiff's Request for Production with attachments | | |
| G-68a | Metropolitan Life Insurance Disability records received via Subpoena | | |
| G-69 | Defendant's 3rd Supplemental Responses to Plaintiff's Request for Production with attachments | | |
| G-69a | 2007 Chevrolet Trail Blazer Owner Manual | | |
| G-69b | S..D. Boden et al., Abnormal Magnetic Resonance Scans of the Lumbar Spine in Asymptomatic Subjects. A Prospective Investigation, J. Bone Joint Surg, 72-A, No. 8 , Sept 1990, 1178-1184; | | |
| G-69c | E. Carragee et al., Are first-time episodes of serious LBP associated with new MRI findings?  The Spine Journal 6 (2006) 624-635. | | |
| G-69d | M.C. Jensen, et al., Magnetic Resonance Imaging To The Lumbar Spine In People Without Back Pain, 331 The New England Journal of Medicine, 69-73 (1994). | | |
| G-69e | M. Matsumoto et al., MRI of cervical intervertebral discs in asymptomatic subjects, J. Bone Joint Surg {Br} 1998; 80-B:19-24; | | |
| G-69f | M. Matsumoto et al., Tandem age-related lumbar and cervical vertebral disc changes in asymptomatic subjects, Eur Spine J (2013) 22:708-713 | | |
| G-69g | D. Weishaupt et al. MRI Imaging of the Lumbar Spine: Prevalence of Intervertebral Disk Extrusion and Sequestration, Nerve Root Compression, End Plate Abnormalities and Osteoarthritis of the Facet Joints in Asymptomatic Volunteers, Radiology 1998;209:661-666 | | |
| G-69h | E. Okada et al. Aging of the Cervical Spine in Healthy Volunteers, Spine, Vol. 34, No. 7, pp. 706-712 (2009) | | |
| G-70 | Defendant's 4th Supplemental Responses to Plaintiff's | | |

| | | | | |
|---|---|---|---|---|
| | Request for Production with attachments | | | |
| G-70a | Texas Driver's Handbook, Revised July 2012<br>Texas Department of Public Safety<br>Driver's License Division<br>P.O. Box 4087<br>Austin, Texas 78773—0300 | | | |
| G-70b | Istre GR, McCoy M, Stowe M, Barnard JJ, Moore BJ, Anderson RJ, *The "Unintended Pedestrian" on Expressway*, Traffic Inj. Prev., 2007 Dec; 8(4):398-402. | | | |
| G-70c | Istre GR et al., *The "Unintended Pedestrian" on Expressways*, slides of charts and graphs. Accessed on June 3, 2016. Available at: http://nct.org/draws/committees/bpac/2.DallasCtyPedFatalities_Istre_041607.pdf | | | |
| G-70d | Forbes G, et al. , *The safety impact of Vehicle-Related Road Debris*, AAA Foundation of Traffic Safety, June, 2004, Washington, D.C. Accessed on June 3, 2016. Available at: http://www.aaafoundation.org | | | |
| G-70e | *Pedestrian Fatalities on Interstate Highway, United States, 1993-2012* (September 2014), AAA Foundation For Traffic Safety, September, 2014, Washington, D.C. Accessed on June 3, 2016.<br>Available at: https://www.aaafoundation.org | | | |
| G-70f | Tefft BC. *Impact Speed and a Pedestrian's Risk of Severe Injury or Death*, September 2011, AAA Foundation for Traffic Safety, September 2011, Washington, D.C., Accessed on June 3, 2016. Available at: https://www.aaafoundation.org | | | |
| G-70g | Tefft BC. *Impact Speed and a Pedestrian's Risk of Severe Injury or Death*, September 2011, AAA Foundation for Traffic Safety, September 2011, Washington, D.C., Accessed on June 3, 2016. Available at: https://www.aaafoundation.org | | | |
| G-70h | National Highway Traffic Safety Administration. 2010. *Distracted Driving and Driver, Roadway and Environmental Factors*. Report No. DOT HS 811 380 Washington, D.C. – National Highway    Traffic Safety Administration | | | |
| G-70i | Anderson G, et al. *Dangerous by Design 2014 Texas*, May 2014. Accessed June 3, 2016. Available at: www.smartgrowthamerica.org/dangerous-by-design-2014-texas.pdf | | | |
| G-71 | Defendant's 5th Supplemental Responses to Plaintiff's Request for Production with attachments | | | |
| G-71a | Collision photographs of USPS Vehicle driven by Mrs. Kathryn Lara which were requested during the deposition of Dr. Reyes. | | | |
| G-72 | Defendant's 6th Supplemental Responses to Plaintiff's Request for Production with attachments | | | |

| | | | |
|---|---|---|---|
| G-72a | Records received via Subpoena from Schlumberger | | |
| G-73 | Defendant's 7th Supplemental Responses to Plaintiff's Request for Production with attachments | | |
| G-73a | Supplemental Records received via Subpoena from Schlumberger | | |
| G-74 | Defendant's 8th Supplemental Responses to Plaintiff's Request for Production with attachments | | |
| G-74a | Cigna records received via Subpoena | | |
| G-75 | Defendant's Designation with Attachments | | |
| | Any and/or all exhibits listed by Plaintiffs | | |

Respectfully submitted,

**RICHARD L. DURBIN, JR.**
**United States Attorney**

By:    /s/ *James F. Gilligan*
**JAMES F. GILLIGAN**
Assistant U.S. Attorney
Texas State Bar No. 07941200
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Attorneys for Defendant
Tel. 210-384-7345

**CERTIFICATE OF SERVICE**

      I, do hereby certify that on the 21st day of September, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Russell Endsley
Matthew Hull
Thomas J. Henry Injury Attorneys
521 Starr Street
Corpus Christi, Texas 78401


                                                /s/ *James F. Gilligan*
                                                **JAMES F. GILLIGAN**
                                                Assistant United States Attorney