UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRIAN BELTRAN and KARRAH BELTRAN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-15-CA-503-HJB |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

### ORDER SETTING HEARING

This Order concerns the pretrial motions pending in this case. The undersigned has authority to preside over this matter, pursuant to 28 U.S.C. § 636(c), as the parties have consented to magistrate judge jurisdiction. (*See* Docket Entry 14.)

It is hereby **ORDERED** that all pretrial motions are set for hearing at **1:30 P.M.** on **September 30, 2016,** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César E. Chávez Boulevard, San Antonio, Texas, 78206.

Should counsel for the parties resolve any of the matters raised in any motion in advance of the hearing, they must advise the Court **before noon on September 29, 2016.**

**SIGNED** on September 27, 2016.

Henry J. Bemporad
United States Magistrate Judge