AO 432 (Rev. 2/84)

# Administrative Office of the United States Courts

## WITNESS RECORD

| CASE NAME<br>Brian Beltran, Karrah Beltran v. United States Of America | CASE NUMBER<br>SA:15-CV-00503-XR | HEARING TYPE & DATE<br>Civil   10/03/2016 |
|---|---|---|

| WITNESS NO. | NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | FURTHER REDIRECT | FURTHER RECROSS | OTHER |
|---|---|---|---|---|---|---|---|---|
| | **PLAINTIFF'S WITNESSES** | | | | | | | |
| P-1 | Officer Arturo Perez(via Video Deposition) | X | X | | | | | |
| P-2 | Kathryn Lara | X | X | | | | | |
| P-3 | Dr. Michael Reyes | X | X | | | | | |
| P-4 | Dr. Dennis Gutzman(via Video Deposition) | X | X | | | | | |
| P-5 | Dr. Michael Leonard | X | X | | | | | |
| P-6 | Viola Lopez | X | X | | | | | |
| P-7 | Dr. Everett Dillman | X | X | | | | | |
| P-8 | Dr. Sturgeon | X | X | | | | | |
| P-9 | Stephen Offenburger(via Video Deposition) | X | X | | | | | |
| P-10 | Karrah Beltran | X | X | | | | | |
| P-11 | Brian Belatran | X | X | | | | | |
| | **DEFENDANT'S WITNESSES** | | | | | | | |
| D-1 | Dr. Animesh Agarwal | X | X | | | | | |
| D-2 | Dr. William Rogers | X | X | | | | | |
| D-3 | Brad Coffee | X | X | | | | | |
| D-4 | Dr. Jason Droll | X | X | | | | | |
| D-5 | William Edmonds | X | X | | | | | |