AO 450 (Rev. 01/09)   Judgment in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

DEC – 9 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                                DEPUTY

BRIAN BELTRAN and KARRAH BELTRAN )
_____ )
*Plaintiff* )
v. )   Civil Action No.  SA-15-CV-503-HJB
UNITED STATES OF AMERICA )
_____ )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:   Defendant United States of America is liable for the negligence of its employee, Kathryn Lara, to the same
extent an individual would be in like circumstances.  The Court also finds that the colision proximately
caused personal injuries to Plaintiffs resulting in economic and non-economic damagaes totaling
$2,367,982.44.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☑ tried by Judge   Henry J. Bemporad _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date:    12/09/2016 _____

CLERK OF COURT    JEANNETTE J. CLACK

_____
Signature of Clerk or Deputy Clerk